**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01376-GPG-NRN

WENDY FAUSTIN,

Plaintiff,

v.

JARED POLIS, in his official capacity as Governor of Colorado;
PHILIP J. WEISER, in his official capacity as Colorado Attorney General;
JOHN KELLNER, in his official capacity as District Attorney for the 18th Judicial District;
SAM WATSON, in his official capacity as Chief of the Englewood Police Department;
CITY AND COUNTY OF DENVER;
BETH MCCANN, in her official capacity as District Attorney for the 2nd Judicial District;
KERRY C. TIPPER, in her official capacity as City Attorney of Denver; and
RON THOMAS, in his official capacity as Chief of the Denver Police Department,

Defendants.

---

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Plaintiff Wendy Faustin hereby respectfully requests a 30-day extension of time for her response to Defendants Kellner and McCann's Motion to Dismiss, Doc. 47. Plaintiff's response to the Motion to Dismiss is currently due on August 21, 2023; with the requested extension, the response would be due on September 20, 2023. All parties have consented to this request. This is Plaintiff's first request for an extension of time. As good cause for this motion, Plaintiff states as follows.

1. Plaintiff filed the complaint in this case on June 1, 2023.

2. Defendants Polis and Weiser filed an answer to the complaint on July 26, 2023; Defendants City and County of Denver, Thomas, and Tipper answered the complaint the same day.

3. On July 31, 2023, Defendants Kellner and McCann moved to dismiss all counts against them. Under D.C. Colo. LCivR 7.1(d), Plaintiff's response to that motion is currently due on August 21, 2023.

4. Plaintiff's attorneys are consumed with a number of professional obligations in the coming weeks. Mr. Thompson is heavily engaged with preparations for an expedited brief due in the U.S. Court of Appeals for the Fifth Circuit in *VanDerStok v. Garland*, No. 23010718 (5th Cir), on August 23rd, preparations for the oral argument in that case on September 7, as well as work on appellate briefs due on August 14 in *Worth v. Harrington*, No. 23-2248 (8th Cir.), and on August 28 in *Alpine v. FINRA*, 23-5129 (D.C. Cir.). And Mr. Ohlendorf is consumed with preparing for oral argument before the U.S. Court of Appeals for the Eleventh Circuit in *Honeyfund v. DeSantis*, No. 22-12125 (11th Cir.), which is scheduled for August 24.

5. Pursuant to D.C. Colo. LCivR 6.1(c), the undersigned certifies that a copy of this motion will be contemporaneously served on his client.

6. No party will be prejudiced by this extension of time. Counsel for Plaintiff conferred with counsel of record for all defendants by email concerning the relief requested in this motion on August 10, 2023. All defendants have consented to this request.

Plaintiff accordingly requests that the deadline for her to file a response to the pending motion to dismiss filed by Defendant's Kellner and McCann be extended by 30 days, to and including September 20.

DATED this 14th day of August, 2023.

*s/ Charles J. Cooper*
Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to attorneys for all parties in this case.

*s/ Charles J. Cooper*
Charles J. Cooper