IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01376-GPG-NRN

WENDY FAUSTIN,

Plaintiff,

v.

JARED POLIS, in his official capacity as Governor of Colorado;
PHILIP J. WEISER, in his official capacity as Colorado Attorney General;
CITY AND COUNTY OF DENVER;
BETH MCCANN, in her official capacity as District Attorney for the 2nd Judicial District;
KERRY C. TIPPER, in her official capacity as City Attorney of Denver; *and*
RON THOMAS, in his official capacity as Chief of the Denver Police Department,

Defendants.

---

**STIPULATION CONCERNING DEFENDANT BETH MCCANN'S MOTION TO DISMISS**

---

Plaintiff Wendy Faustin and Defendant Beth McCann, by and through their respective counsel, hereby respectfully submit this Stipulation Concerning Defendant Beth McCann's Motion to Dismiss, as follows:

1. Defendant Beth McCann filed her Motion to Dismiss on July 31, 2023, directed at the Plaintiff's Complaint for Declaratory and Injunctive Relief and Nominal Damages. [ECF 47]. Plaintiff filed her Response to Defendant McCann's Motion to Dismiss on September 20, 2023. [ECF 62]. Defendant McCann filed her Reply in Support of Motion to Dismiss on October 10, 2023. [ECF 68].

2. Plaintiff filed her Amended Complaint for Declaratory and Injunctive Relief and Nominal Damages on October 24, 2023. [ECF 69]. None of the changes in Plaintiff's Amended Complaint impact the arguments made by the parties respecting whether Defendant McCann should be dismissed. As a result, the parties stipulate that Defendant McCann's Motion to Dismiss and the subsequent briefs filed by the parties relate and apply to the Plaintiff's Amended Complaint without the need for Defendant McCann to re-file the Motion to Dismiss.

WHEREFORE, Plaintiff Wendy Faustin and Defendant Beth McCann hereby respectfully submit the foregoing Stipulation Concerning Defendant Beth McCann's Motion to Dismiss.

Dated this 25th day of October 2023.

Respectfully submitted,

s/ John D. Ohlendorf .
Charles J. Cooper
David H. Thompson
John D. Ohlendorf
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

Jeffrey C. Mateer
David J. Hacker
Roger Byron
Lea E. Patterson
First Liberty Institute
2001 West Plano Pky., Ste. 1600
Plano, Texas 75075
(972) 941-4444
(972) 941-4457

**ATTORNEYS FOR PLAINTIFF**

*s/Andrew D. Ringel*
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C
1001 17th Street, Suite 300
Denver, CO 80202
Phone: 303-628-3300
Fax: 303-628-3368
E-mail: ringela@hallevans.com

**ATTORNEYS FOR DEFENDANT BETH MCCANN**

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 25th day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system following notification of such filing to all counsel of record in this matter.

*s/Nicole Marion*
Nicole Marion, Legal Assistant