**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01376-SKC-NRN

WENDY FAUSTIN,

Plaintiff,

v.

JARED S. POLIS, in his official capacity as Governor of Colorado;
PHILIP J. WEISER, in his official capacity as Colorado Attorney General;
CITY AND COUNTY OF DENVER;
JOHN WALSH, in his official capacity as District Attorney for the 2nd Judicial District;
KERRY C. TIPPER, in her official capacity as City Attorney of Denver; and
RON THOMAS, in his official capacity as Chief of the Denver Police Department,

Defendants.

---

## JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES

---

Plaintiff and all Defendants (collectively the "Parties") respectfully submit this Joint Motion requesting an extension of the deadlines for the opposition and reply briefs relating to the pending cross-motions for summary judgment to **April 18** and **May 16**, respectively. The deadline for the filing of the summary judgment motions was previously extended by this Court, *see* ECF No. 99, but this is the first request for an extension of the deadlines for the opposition and reply briefs. In support of this motion, the Parties state as follows:

1. Defendant Walsh filed a motion for summary judgment on February 26, 2025, anticipatorily incorporating the substantive arguments from the State

Defendants' forthcoming summary judgment motion. The remaining Parties all filed cross-motions for summary judgment the following day, on February 27, 2025.

2. Pursuant to D.C. Colo. L. Civ. Rule 7.1(d), the Parties would ordinarily have 21 days to file briefs opposing the other side's summary judgment motions, or until March 20 (assuming that the deadline for opposing Defendant Walsh's motion runs from the filing of the motion and brief it incorporated). The parties would then have 14 days to file reply briefs in support of their own motions, or until April 3. For the reasons stated below, the Parties jointly request an extension of the deadlines for these opposition and reply briefs. Specifically, the Parties request that all briefs opposing the pending summary judgment motions be due on **April 18**, representing an extension of 29 days, and that all reply briefs be due **May 16**, representing a further extension of 14 days.

3. There is good cause for this request. Counsel for all parties are heavily engaged with deadlines in multiple other matters in the coming weeks. Counsel for Plaintiff are consumed with briefing deadlines in *Jacobson v. Worth*, No. 24-782 (U.S.), *Montana v. TikTok Inc.*, No. CDV-25-2024-0000683-OC (Mont. Dist. Ct.), and *Montana v. Meta Platforms, Inc.*, No. BDV-25-2024-0000797-OC (Mont. Dist. Ct.), as well as oral argument preparations for a dispositive-motions hearing in *South Carolina v. TikTok Inc.*, No. 20240CP-40-06018 (S.C. Ct. Common Pleas). Counsel for the State Defendants are likewise heavily engaged in preparing briefs due in

other matters in early April. And Counsel for the Denver Defendants will be out of the country from April 26 to May 10.

4. This motion is made in good faith and not for the purpose of delay. No party will be harmed by the requested extension.

5. Pursuant to D.C. Colo. LCivR 6.1(c), the undersigned counsel certify that a copy of this motion will be contemporaneously served on their respective clients.

For the above reasons, good cause exists to grant the Parties' joint request that this Court extend the deadlines for the opposition and reply briefs relating to the pending cross-motions for summary judgment to April 18 and May 16, respectively.

DATED: March 6, 2025

*s/ Charles J. Cooper*
Charles J. Cooper
*Counsel of Record*
COOPER & KIRK, PLLC
David H. Thompson
John D. Ohlendorf
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

Jeffrey C. Mateer
David J. Hacker
Roger Byron
FIRST LIBERTY INSTITUTE
2001 West Plano Pky., Ste. 1600
Plano, Texas 75075
(972) 941-4444
(972) 941-4457 (fax)
rbyron@firstliberty.org

*Attorneys for Plaintiff Wendy Faustin*

PHILIP J. WEISER

Attorney General

*s/ Peter G. Baumann*
*LEEANN MORRILL**
First Assistant Attorney General
*EMILY B. BUCKLEY**
Senior Assistant Attorney General
*PETER G. BAUMANN**
Senior Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6000

Email: leeann.morrill@coag.gov
emily.buckley@coag.gov
peter.baumann@coag.gov
*Attorneys for Defendants Governor Jared Polis and Attorney General Philip J. Weiser*

*Counsel of Record

s/ Andres Alers
Andres Alers, Assistant City Attorney
Veronica Phifer, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 W. Colfax Avenue, Dep't 1108
Denver, Colorado 80202
Telephone: 720-913-3100
Facsimile: 720-913-3155
Email: andres.alers@denvergov.org
Email: veronica.phifer@denvergov.org
*Attorneys for Defendants City and County of Denver, Kerry C. Tipper, and Ron Thomas*

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
Email: ringela@hallevans.com
Attorney for Defendant John Walsh

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to attorneys for all parties in this case.

*s/ Charles J. Cooper*
Charles J. Cooper