# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   23-cv-01376-SKC-NRN

WENDY FAUSTIN,

    Plaintiffs,

v.

JARED POLIS, *et al.*,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Re:   Motions for Summary Judgment (Dkts. 99, 100, 101, 102) [ECF No. 119] entered by U.S. District Judge S. Kato Crews, it is

ORDERED that summary judgment is entered in favor of Defendants and against Plaintiff.   It is

FURTHER ORDERED that Defendants are awarded costs as may be determined by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d).   It is

FURTHER ORDERED that this case is closed.

Dated this 30th day of July, 2025.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL

                                        By:  s/C. Pearson
                                            Deputy Clerk