IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01376-GPG-NRN

WENDY FAUSTIN,

    Plaintiff,

v.

JARED POLIS, in his official capacity as Governor of Colorado;
PHILIP J. WEISER, in his official capacity as Colorado Attorney General;
CITY AND COUNTY OF DENVER;
JOHN WALSH, in his official capacity as District Attorney for the 2nd Judicial District;
KERRY C. TIPPER, in her official capacity as City Attorney of Denver; *and*
RON THOMAS, in his official capacity as Chief of the Denver Police Department,

    Defendants.

---

## STIPULATION TO STAY TAXATION OF COSTS PENDING APPEAL

---

    Plaintiff Wendy Faustin and Defendants Jared Polis and Philip J. Weiser respectfully submit this Stipulation to Stay Taxation of Costs Pending Appeal, and state as follows:

    1.    The Court entered judgment for defendants on July 30, 2025, and awarded defendants costs as may be determined by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d).  Final Judgment, Doc. 120.

    2.    Plaintiff stipulated to Defendants Polis' and Weiser's bill of costs filed concurrently with this stipulation.

    3.    Plaintiff will file her notice of appeal later this month.

    4.    Plaintiff and Defendants Polis and Weiser stipulate to a stay of the taxation of costs in this matter until all appeals in this matter have been exhausted.

DATED this 13th day of August, 2025.

Respectfully submitted,

s/ Roger Byron

Charles J. Cooper
*Counsel of Record*
David H. Thompson
Brian W. Barnes
John D. Ohlendorf
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

Jeffrey C. Mateer
David J. Hacker
Roger Byron
First Liberty Institute
2001 West Plano Pky., Ste. 1600
Plano, Texas 75075
(972) 941-4444
(972) 941-4457 (fax)
rbyron@firstliberty.org

*Attorneys for Plaintiff*


PHILIP J. WEISER
Attorney General

s/ Peter Baumann
LEEANN MORRILL*
First Assistant Attorney General
EMILY B. BUCKLEY*
Senior Assistant Attorney General
PETER G. BAUMANN*
Senior Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 7th Floor

2

Denver, Colorado 80203
Telephone: (720) 508-6000
Email: leeann.morrill@coag.gov
emily.buckley@coag.gov
peter.baumann@coag.gov

*Attorneys for Defendants Governor Jared Polis and Attorney General Philip J. Weiser*

*Counsel of Record

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to attorneys for all parties in this case.

                                    *s/ Roger Byron*
                                    Roger Byron