# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| WENDY FAUSTIN, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> JARED POLIS, in his official capacity ) <br> as Governor of Colorado, *et al.*, ) <br> ) <br> *Defendants.* ) <br> ) | No. 23-cv-01376-SKC-NRN |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Wendy Faustin hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order and Judgment entered in this action on July 29 and July 30, 2025, respectively, granting Defendants' Motions for Summary Judgment and denying Plaintiff's Motion for Summary Judgment. A copy of the Order and Judgment are attached as Exhibits A and B.

Dated: August 25, 2025

Jeffrey C. Mateer
David J. Hacker
Roger Byron
FIRST LIBERTY INSTITUTE
2001 West Plano Pky., Ste. 1600
Plano, Texas 75075
(972) 941-4444
(972) 941-4457 (fax)
rbyron@firstliberty.org

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper
*Counsel of Record*
COOPER & KIRK, PLLC
David H. Thompson
Brian W. Barnes
John D. Ohlendorf
Athanasia O. Livas
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to attorneys for all parties in this case.

*s/ Charles J. Cooper*
Charles J. Cooper